FLN

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timothy J. Klein,

Plaintiff,

vs.

J.R. Grantham, Inc., a Washington Corporation, d/b/a Grantham,

Defendant.

**Civ. No. 02-CV-299 JRT/FLN**

**[redacted] ORDER**

---

The above-captioned matter came before the undersigned Judge on Defendant's Motion for Leave to File and Serve Third-Party Summons and Complaint.

Based upon the moving papers submitted by Defendant and of the entire file in this matter,

IT IS HEREBY ORDERED:

1. Defendant's Motion for Leave to File and Serve Third-Party Summons and Complaint is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 18 2002

BY THE COURT:

Franklin L. Noel

The Honorable Franklin L. Noel
Magistrate Judge

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

TC2: 588453 v01 06/12/2002