**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timothy J. Klein,

Plaintiff,

vs.

J.R. Grantham, Inc. a Washington corporation, d/b/a Grantham,

Defendant and Third Party Plaintiff,

vs.

Marcy Construction Company,

Third Party Defendant.

**Civ. No. 02-CV-299 JRT/FLN**

**STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER**

---

The parties, through their respective counsel, hereby stipulate and request that the Court orders that the March 20, 2002 Pretrial Schedule be amended.

IT IS HEREBY STIPULATED by Plaintiff, Defendant and Third-Party Plaintiff, and Third-Party Defendant, through their respective counsel, that:

1. All motions which seek to amend the pleadings or add parties must be served by November 1, 2002.

2. The Third-party Defendant shall disclose the identity of expert witnesses and the substance of the expert testimony under Rule 26(a)(2)(A) no later than July 1, 2003.

3. The deadline for deposing the Third-party Defendant's experts shall be August 1, 2003.

FILED OCT 3 0 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

4. The case shall be ready for trial no later than September 1, 2003, at which time it will be placed on the court's jury trial calendar.

Date: 10-1-02

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________
Mark S. Olson (ID #82120)
David Jordan-Huffman (ID #271676)
3400 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF, J. R. GRANTHAM, INC.**

Date: 10-1-02

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.

By: ______________________
Howard Bolter (ID # 192387)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: October 1, 2002

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA

By: ______________________
James Mewborn (ID #72370 )
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

4. The case shall be ready for trial no later than September 1, 2003, at which time it will be placed on the court's jury trial calendar.

Date: ______________________

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________
Mark S. Olson (ID #82120)
David Jordan-Huffman (ID #271676)
3400 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF, J. R. GRANTHAM, INC.**

Date: ______________________

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.

By: ______________________
Howard Bolter (ID #__________)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: October 1, 2002

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA

By: James F. Mewborn
James Mewborn (ID #72370)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

4. The case shall be ready for trial no later than September 1, 2003, at which time it will be placed on the court's jury trial calendar.

Date: ______________________

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________
Mark S. Olson (ID #82120)
David Jordan-Huffman (ID #271676)
3400 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT AND THIRD-PARTY PLAINTIFF, J. R. GRANTHAM, INC.**

Date: 10-1-02

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.

By: [signature]
Howard Bolter (ID # 192387)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: October 1, 2002

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA

By: James F. Mewborn
James Mewborn (ID #72370)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

**ATTORNEYS FOR THIRD-PARTY DEFENDANT MARCY CONSTRUCTION**

**IT IS SO ORDERED.**

Dated: Oct. 29 2002

The Honorable Franklin L. Noel
United States Magistrate Judge