**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timothy J. Klein,

Plaintiff,

vs.

J.R. Grantham, Inc. a Washington corporation, d/b/a Grantham,

Defendant and Third Party Plaintiff,

vs.

Marcy Construction Company,

Third Party Defendant.

**Civ. No. 02-CV-299 JRT/FLN**

**STIPULATION TO SERVE AND FILE THIRD-PARTY COMPLAINT FOR CONTRIBUTION AND/OR INDEMNITY AGAINST TWIN CITY CONCRETE PUMPING**

---

WHEREAS, Defendant and Third-Party Plaintiff J.R. Grantham, Inc. ("Grantham") has requested Plaintiff Klein's and Third-Party Defendant Marcy Construction Company's consent to serve and file a Third-party Complaint for Contribution and/or Indemnity against Twin City Concrete Pumping, in this matter pursuant to Federal Rules of Civil Procedure 14 and 15.

IT IS HEREBY STIPULATED by Plaintiff, Defendant and Third-Party Plaintiff and Third-Party Defendant, through their respective counsel, that Grantham may serve and file a Third-party Complaint for Contribution and/or Indemnity against Twin City Concrete Pumping. This Stipulation is without waiver of any rights of either party.

NOV 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: October 31, 2002

OPPENHEIMER WOLFF & DONNELLY LLP

By: [signature]

Mark S. Olson (ID #82120)
David Jordan-Huffman (ID #271676)
3400 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT J. R. GRANTHAM, INC.**

Date: 10/22/02

BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.

By: [signature]

Howard Bolter (ID #192387)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: 10/18/02

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA

By: [signature]

James Mewborn (ID #72370)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

**ATTORNEYS FOR THIRD-PARTY DEFENDANT MARCY CONSTRUCTION**

**IT IS SO ORDERED.**

Dated: Nov. 1, 2002

Hon. Franklin Noel
Magistrate