**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Timothy J. Klein,

Plaintiff,

vs.

J.R. Grantham, Inc. a Washington corporation, d/b/a Grantham,

Defendant and Third Party Plaintiff,

vs.

Marcy Construction Company and Twin City Concrete Pumping, Inc.,

Third Party Defendants.

**Civ. No. 02-CV-299 JRT/FLN**

**STIPULATION AND ORDER TO EXTEND THE DISCOVERY DEADLINE**

---

Due to difficulties with availability and scheduling, the parties, through their respective counsel, hereby stipulate and request that the Court orders that the March 20, 2002 Pretrial Schedule be amended.

IT IS HEREBY STIPULATED by Plaintiff, Defendant and Third-Party Plaintiff, and Third-Party Defendants, through their respective counsel, that:

1. Discovery shall be commenced in time to be completed by March 4, 2003.

Date: December 20, 2002

**OPPENHEIMER WOLFF & DONNELLY LLP**

By: ______________________

Mark S. Olson (ID #82120)
David Jordan-Huffman (ID #271676)
3300 Plaza VII
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000

**ATTORNEYS FOR DEFENDANT J. R. GRANTHAM, INC.**

FILED DEC 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

Date: ____________________

**BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.**

By:______________________________
Howard Bolter (ID #192387)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: December 17, 2002

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA**

By: James F. Mewborn
James Mewborn (ID #72370)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

**ATTORNEYS FOR THIRD-PARTY DEFENDANT MARCY CONSTRUCTION**

Date: ____________________

**DRAWE & HEISICK**

By:______________________________
Scott P. Drawe (ID #____________)
7701 France Avenue South
Suite 400
Edina, MN 55435
Telephone: (952) 841-2131

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TWIN CITY CONCRETE PUMPING, INC.**

Date: 12/17/02

**BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.**

By: [signature]
Howard Bolter (ID #192387)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: ______________________

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA**

By: ______________________
James Mewborn (ID #72370)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

**ATTORNEYS FOR THIRD-PARTY DEFENDANT MARCY CONSTRUCTION**

Date: ______________________

**DRAWE & HEISICK**

By: ______________________
Scott P. Drawe (ID #____________)
7701 France Avenue South
Suite 400
Edina, MN 55435
Telephone: (952) 841-2131

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TWIN CITY CONCRETE PUMPING, INC.**

Date: ____________________

**BORKON, RAMSTEAD, MARIANI, FISHMAN & CARP. LTD.**

By: ______________________________
Howard Bolter (ID #192387)
Suite 100, Parkdale 1
5401 Gamble Drive
Minneapolis, MN 55416
Telephone: (952) 546-6000

**ATTORNEYS FOR PLAINTIFF TIMOTHY KLEIN**

Date: ____________________

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA**

By: ______________________________
James Mewborn (ID #72370)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402
Telephone: (612) 339-3500

**ATTORNEYS FOR THIRD-PARTY DEFENDANT MARCY CONSTRUCTION**

Date: Dec. 18

**DRAWE & HEISICK**

By: [signature]
Scott P. Drawe (ID # 148325)
7701 France Avenue South
Suite 400
Edina, MN 55435
Telephone: (952) 841-2131

**ATTORNEYS FOR THIRD-PARTY DEFENDANT TWIN CITY CONCRETE PUMPING, INC.**

**IT IS SO ORDERED.**

Dated: Dec. 31, 2002

Hon. Franklin Noel
Magistrate