**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No: 02-CV-299 JRT/FLN

Timothy J. Klein,

Plaintiff,

vs.

J.R. Grantham, Inc. a Washington Corporation, d/b/a Grantham,

Defendant and Third Party Plaintiff,

vs.

Marcy Construction Company, and Twin City Concrete Pumping, Inc.,

Third Party Defendants.

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The above named parties, by and through their undersigned attorneys, hereby agree and stipulate to the following amendments to the Scheduling Order in this matter, due to the recent addition of Third Party Defendant Twin City Concrete Pumping, Inc. and request the Court sign the attached Order to amend the Scheduling Order:

1. Extend expert disclosure deadlines as follows:
   a. Plaintiff: 6/15/03;
   b. Defendant: 8/15/03;
   c. Third Party Defendants: 9/15/03;
2. Extend expert deposition deadline to 10/15/03;
3. Increase the number of experts each party can depose to 8;
4. Motions regarding experts served by 10/15/03;

FEB 7

5. Dispositive motion served by 5/1/03; and

6. Trial ready date: 11/1/03.

Date: 1/25/03

BORKON, RAMSTEAD, MARIANI
FISHMAN & CARP, LTD.

By ______________________
Howard S. Carp #15222
Howard L. Bolter #192387
John H. Ramstead #89400
Attorneys for Plaintiff
Suite 100 Parkdale I
5401 Gamble Drive
Minneapolis, MN 55416-1552
(952) 546-6000

Date: ______________________

OPPENHEIMER, WOLFF & DONNELLY, LLP

By: ______________________
Mark S. Olson #82120
David Jordan-Huffman #271676
Attorneys for Defendant and Third Party Plaintiff
J.R. Grantham, Inc.
3400 Plaza VII
45 South Seventh Street
Minneapolis, MN 555402
(612) 607-7000

Date: 1-29-03

ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, PA

By: ______________________
James Mewborn #72370
Attorney for Third Party Defendant Marcy Construction
500 Young Quinlan Building
81 South Ninth Street

Minneapolis, MN 55402
(612) 339-3500

Date: 1/29/03

DRAWE & HEISICK

By: [signature]
Scott P. Drawe #148325
Attorney for Third Party Defendant Twin City Concrete Pumping
7701 France Avenue South, Suite 4100
Minneapolis, MN 55435
(952) 841-2130

**IT IS SO ORDERED.**

Date: 2/6/03

[signature]
The Honorable Franklin L. Noel
United States Magistrate Judge
District of Minnesota