**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Case No: 02-CV-299 JRT/FLN

Timothy J. Klein,

Plaintiff,

vs.

J.R. Grantham, Inc. a Washington Corporation, d/b/a Grantham,

**ORDER**

Defendant and Third Party Plaintiff,

vs.

Marcy Construction Company, and Twin City Concrete Pumping, Inc.,

Third Party Defendants.

The above entitled matter came on before the Honorable John R. Tunheim upon stipulation of the parties. Based upon the attached stipulation, **IT IS HEREBY ORDERED**:

1. The above entitled case be remanded to Hennepin County District Court, Fourth Judicial District, State of Minnesota for further proceedings.

**BY THE COURT:**

Date: August 19, 2003

John R. Tunheim

The Honorable John R. Tunheim
United States District Court Judge
District of Minnesota

AUG 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK